IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ALCALA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　Defendant.　　　　　　　　　　／ | No. C 08-5571 CW<br><br>ORDER OF DISMISSAL |

　　　On January 12, 2009, the Court gave Plaintiff notice that, if he did not file an opposition to Defendant's motion to dismiss by January 22, 2009, the complaint would be dismissed for failure to prosecute.  Plaintiff has not filed an opposition to the motion. Accordingly, the complaint is dismissed without prejudice for failure to prosecute.  The clerk shall enter judgment and close the file.  The parties shall bear their own costs.

　　　IT IS SO ORDERED.

Dated: 2/11/09

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALCALA et al,

    Plaintiff,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY et al,

    Defendant.
_____/

Case Number: CV08-05571 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Javier Alcala
3426 Rolison Road
Redwood City, CA 94063

Victoria R. Carradero
U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Dated: February 11, 2009

                    Richard W. Wieking, Clerk
                    By: Sheilah Cahill, Deputy Clerk